UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

2386 HEMPSTEAD, INC.,

          Plaintiff,

          -v.-

WFG NATIONAL TITLE INSURANCE COMPANY,
CHARTER LAND SERVICES, and GENERAL
ABSTRACT SERVICES, LLC,

          Defendants.

22 Civ. 9944 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

In light of Plaintiff's motion to remand this case to New York County Supreme Court (Dkt. #8), the initial pretrial conference scheduled to take place on January 20, 2023, is hereby **ADJOURNED** *sine die* pending the Court's resolution of Plaintiff's motion.

      SO ORDERED.

Dated:   January 18, 2023
         New York, New York

                                  KATHERINE POLK FAILLA
                                  United States District Judge